■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN MCLEAN, Appellant. [782 NYS2d 653]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 1, 1996 (*People v McLean,* 226 AD2d 396 [1996]), affirming a judgment of the Supreme Court, Queens County, rendered November 19, 1993.

Ordered that the application is denied.

The appellant failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Santucci, J.P., Florio, Krausman and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN MUSGROVE, Appellant. [782 NYS2d 653]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 24, 1999 (*People v Musgrove,* 261 AD2d 640 [1999]), affirming a judgment of the Supreme Court, Suffolk County, rendered April 16, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Ritter, J.P., Santucci, Florio and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS NUNEZ, Appellant. [782 NYS2d 652]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 12, 2002 (*People v Nunez,* 299 AD2d 426 [2002]), affirming a judgment of the County Court, Rockland County, rendered May 11, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Ritter, J.P., Florio, H. Miller and S. Miller, JJ., concur.